IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RIYAD KA HAMMAD, | ) | |
| # A095 571 267, | ) | |
| Petitioner, | ) | CIVIL ACTION NO. |
| vs. | ) | |
| | ) | 3:18-CV-2683-G (BH) |
| WILLIAM BARR, | ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court. For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the petition for habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DISMISSED** as moot.

A certificate of appealability (COA) is not required for a federal inmate to appeal the denial of relief under 28 U.S.C. § 2241. See *Padilla v. United States*, 416 F.3d 424, 425 (5th Cir. 2005).

If the petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of

inmate trust account.

    **SO ORDERED.**

March 18, 2019.

                                              _____
                                              **A. JOE FISH**
                                              **Senior United States District Judge**